453 F.2d 1365
 CAPITAL INVESTORS CO., Appellant,
v.
Arthur R. MORRISON et al., Appellee.
James T. BENN, Appellant,
v.
Arthur R. MORRISON et al., Appellees.
 Nos. 71-1923, 71-1924.
 United States Court of Appeals,
Fourth Circuit.
 Argued Feb. 7, 1972.
Decided Feb. 14, 1972.
 
 Andrew W. Wood, Richmond, Va. (James A. Baber, III, and Bremner, Byrne & Baber, Richmond, Va., on brief), for appellant in No. 71-1923.
 C. V. Spratley, Jr., Norfolk, Va., for appellant in No. 71-1924.
 James C. McKay, Washington, D. C., and Joseph B. Hyman, Arlington, Va. (Covington & Burling, Washington, D. C., M. Patton Echols, Jr., and Echols & Hyman, Arlington, Va., on brief), for appellees in Nos. 71-1923 and 71-1924.
 Before HAYNSWORTH, Chief Judge, WINTER, Circuit Judge, and CHAPMAN, District Judge.
 PER CURIAM:
 
 
 1
 These appeals bring this old litigation before us for the third time. See Capital Investors Co. v. Devers, 4 Cir., 360 F.2d 462 and 387 F.2d 591, in which the general background and the nature of the case are outlined. They come now after confirmation of a sale of the Virginia lands and a final adjudication of the rights of the parties.
 
 
 2
 Upon consideration of the briefs and oral argument, we perceive no error.
 
 
 3
 Affirmed.